UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 13 2000
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

BANCORP SERVICES, L.L.C.,, )
)
        Plaintiff, )
)
vs. ) Case No. ~~4:00CV070 CEJ~~
)
HARTFORD LIFE INSURANCE CO. ) 4:00 CV 1266 CEJ
and INTERNATIONAL CORPORATE )
MARKETING GROUP, INC. )
)
        Defendants. )

**ORDER**

    This matter is before the Court sua sponte.

    As part of an action filed in the United States District Court for the Southern District of New York, plaintiff filed a motion to dismiss or, in the alternative, to stay or transfer Hartford Life Insurance Co. and International Corporate Marketing Group, Inc. v. Bancorp Services, L.L.C., No. 4:00CV1903 (RMB) to the United States District Court for the Eastern District of Missouri.  The court granted plaintiff's motion to transfer the matter to the Eastern District of Missouri.

    Plaintiff filed this action to seek a declaratory judgment of non-infringement and validity of a patent of financial products. This same patent was the subject of the above case previously before the New York court.  The attorneys representing both parties are the same in both cases.

    Rule 42 (a) of the Federal Rules of Civil Procedure allows the Court to consolidate actions involving common questions of law or fact.  Upon review of the allegations set forth in the above cases,

#27

- 2 -

it is apparent that they involve common questions of both law and fact such that they should be consolidated.

Accordingly,

**IT IS HEREBY ORDERED** that this action is consolidated with the case styled **Hartford Life and International Corporate Marketing Group, Inc. v. Bancorp Services, L.L.C.**, No. 4:00CV1266 (CEJ). Henceforth, all pleadings and other documents in that case shall be filed in the case styled **Bancorp Services, L.L.C. v. Hartford Life and International Corporate Marketing Group, Inc.**, No. 4:00CV070 (CEJ).

```
_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE
```

Dated this 13th day of November, 2000.

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 11/14/00 by ksterret
        4:00cv1266    Hartford Life Ins. vs Bancorp Services LLC

35:183 Patent Infringement

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE AO120
PATENT/TRADEMARK FORM TO:
        COMMISSIONER OF PATENTS & TRAKEMARKS
        WASHINGTON, DC  20231

| Name | Fax |
|---|---|
| Douglas King - 3558 | Fax: 314-259-2020 |
| R. Macon - | Fax: 210-224-2035 |
| Kirt O'Neill - | Fax: 210-224-2035 |
| Steven Pesner - | Fax: 212-872-1002 |
| Charles Verhoeven - | Fax: 415-986-5707 |
| Charles Weiss - 4674 | Fax: 314-259-2020 |

SCANNED & FAXED BY:

NOV 1 4 2000

DJO